UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x

UNITED STATES OF AMERICA           :   **SEALED ORDER**

- v. -                             :   19 Cr.

AJIT SINGH,                        :   19 CRIM 339
FATEM SINGH, and
GULSAHIL SINGH,                    :

                Defendants.        :

------------------------------ x

Upon the application of the United States, by the United States Attorney for the Southern District of New York, GEOFFREY S. BERMAN, by Assistant United States Attorney Juliana N. Murray;

It is found that the indictment and arrest warrants in the above-captioned action are currently sealed and the United States Attorney's Office has applied to have that indictment and arrest warrants unsealed for the limited purpose of sharing them foreign law enforcement agencies, including Interpol, to facilitate the defendants' arrest and extradition, it is therefore

ORDERED that the indictment and arrest warrant in the above-captioned action be unsealed for the limited purpose set forth above.

Dated: New York, New York
       May 7, 2019

                                   _____
                                   HONORABLE ONA T. WANG
                                   UNITED STATES MAGISTRATE JUDGE