UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA,

-v-

AJIT SINGH,
GULSAHIL SINGH,

                 Defendants.

------------------------------------------------------------ X

ORDER

19-CR-339 (RA)

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/18/19

RONNIE ABRAMS, United States District Judge:

IT IS HEREBY ORDERED that Defendants' bail is modified to allow them to attend religious services at the Guru Manak Darbar of Long Island located in Hicksville, NY during the following times: Monday through Thursday between the hours of 6:00 a.m. and 8:00 a.m., and again between the hours of 5:30 p.m. and 8:30 p.m.; Friday between the hours of 6:00 p.m. and 10:00 p.m.; and Sunday between the hours of 11:00 a.m. and 4:00 p.m.

IT IS FURTHER ORDERED that this modification shall also allow for travel time to and from the temple of approximately fifteen minutes each way.

SO ORDERED.

Dated: December 18, 2019
      New York, New York

_____
RONNIE ABRAMS
United States District Judge