

FASULO BRAVERMAN & DI MAGGIO, LLP
ATTORNEYS AT LAW

Louis V. Fasulo, Esq. – NY & NJ
Samuel M. Braverman, Esq. – NY & NJ
Charles Di Maggio, Esq. – NY & CO

www.FBDMLaw.com
SBraverman@fbdmlaw.com
LFasulo@fbdmlaw.com

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/5/20

February 4, 2020

APPLICATION GRANTED
SO ORDERED

RONNIE ABRAMS, U.S.D.J.
2-5-20

*Via electronic filing*
Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Gulsahil Singh and Ajit Singh, 19 Cr. 339 (RA)*

Dear Judge Abrams,

This office represents Gulsahil Singh in the above referenced matter. Together with my co-counsel Margaret Shalley, the attorney for Ajit Singh, we respectfully request a modification of the respective bail conditions of Gulsahil and Ajit Singh so that they may attend a birthday party on February 6, 2020.

As the Court is aware, Gulsahil and Ajit Singh were granted bail and are on home detention in the home of a family friend. The child of the family friend is turning 8 years old and the family is celebrating with a dinner on Thursday, February 6 from 7pm to 10 pm at Japan 110 located at 179 Walt Whitman Road, Huntington Station, NY. We respectfully request that the bail conditions for Gulsahil and Ajit Singh be modified so that they may attend the gathering.

The Government has no objection to this request. We have notified Pre-Trial Services regarding this matter but have not received a response yet.

Thank you for your consideration in this matter. Should you require any additional information, please do not hesitate to contact me.

Respectfully submitted,

/s/ Louis V. Fasulo
Louis V. Fasulo

Cc: Juliana Murray, AUSA
Margaret Shalley, Attorney for Ajit Singh

505 Eighth Avenue, Suite 300
New York, New York 10019
Tel (212) 967-0352
Fax (201) 596-2724

225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566-6213
Fax (212) 566-8165

Post Office Box 127
Tenafly, New Jersey 07670
Tel (201) 569-1595
Fax (201) 596-2724