USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/7/20

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

ORDER

-v-

DKT.: 19 CR. 339 (RA)

GULSAHIL SINGH, AJIT SINGH,

DEFENDANTS.
-----------------------------------------------------------X

## BAIL MODIFICATION ORDER

Upon the application of GULSAHIL SINGH, by his counsel LOUIS V. FASULO, Esq., and the application of AJIT SINGH by his counsel MARGARET SHALLEY, Esq., it is hereby

**ORDERED** that in addition to the current schedule, Gulsahil Singh and Ajit Singh may attend temple on: Friday from 9am -11:30 am, Saturday from 10 am – 12 pm, and Sunday from 10 am to 4 pm; and it is hereby

**ORDERED** that Gulsahil Singh and Ajit Singh may attend their local New York Sports Club located at 625 Merrick Avenue, East Meadow, NY 11554 from 1 pm to 3:30 pm on Mondays, Tuesdays, Thursdays, and Fridays; and it is hereby

**ORDERED** that once every two weeks on Saturday from 6 pm to 9pm, Gulsahil Singh and Ajit Singh may visit the Broadway Commons Mall located at 358 North Broadway, Hicksville, NY 11801 to obtain products for their home and personal needs; and finally it is hereby

**ORDERED** that Gulsahil Singh and Ajit Singh may visit their friend Nanjot Singh's at his current residence located at 94 Haven Lane, Levittown, NY 11754 after Temple service on Sundays from 4 pm to 10 pm.

SO ORDERED,

Dated: 2-7-20

Ronnie Abrams, U.S.D.J.