

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 28, 2020

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Ajit Singh et al.*, 19 Cr. 339 (RA)

MEMO ENDORSED

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/2/20

Dear Judge Abrams:

The Government respectfully writes in advance of the pretrial conference in the above-referenced case, currently scheduled for Tuesday, March 2, 2020, at 3:00 p.m. The Government and counsel for each defendant are in active discussions regarding a potential pretrial resolution in this matter. Accordingly, the parties respectfully request an adjournment of approximately 30 days. The parties will notify the Court promptly of any pretrial resolution.

The Government respectfully requests that time between February 28, 2020 and the rescheduled pretrial conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the proposed exclusion would be in the interest of justice. The Government understands that defense counsel for each defendant consents to this request.

Application granted. The status conference is adjourned to April 2, 2020 at 10:30 a.m. Time is excluded until April 2, 2020, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

Ronnie Abrams, U.S.D.J.
3/2/2020

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: Juliana Murray
Juliana N. Murray
Assistant United States Attorney
(212) 637-2314