USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3/24/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

AJIT SINGH and GULSAHIL SINGH,

              Defendant.

No. 19-CR-339 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    IT IS HEREBY ORDERED that the conference currently scheduled for April 4, 2020 is adjourned until further notice. The parties are directed to confer and submit a letter to the Court by March 30, 2020, indicating if the parties intend to file any motions, propose a briefing schedule, trial availability and advise if they consent to the exclusion of Speedy Trial time.

SO ORDERED.

Dated:    March 24, 2020
             New York, New York

                                            Ronnie Abrams
                                            United States District Judge