UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6/25/2020
```

UNITED STATES OF AMERICA, v.

AJIT SINGH and GULSAHIL SINGH,

Defendant.

No. 19-CR-339 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

A status conference is scheduled for June 29, 2020 at 11:00 a.m. and will be held telephonically. The parties shall use the below dial in information:

Call-in Number: (888) 363-4749

Access Code: 1015508

SO ORDERED.

Dated:   June 25, 2020
         New York, New York

Ronnie Abrams
United States District Judge