

TRINITY CENTRE
115 BROADWAY, 17TH FLOOR
NEW YORK, NY 10006
TEL: (212) 566-1000
FAX: (212) 566-1068

September 29, 2020

**Via ECF**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
September 30, 2020

Re:   **United States v. Ajit and Gulsahil Singh**
          **19 Cr. 00339 (RA)**

Dear Judge Abrams:

In light of their bail conditions, both defendants are presently restricted to home confinement, but permitted to attend medical appointments. Tomorrow, defendant Ajit Singh has a scheduled medical appointment with a cardiologist in East Meadow, Long Island, where both defendants reside. However, it is important that my client, Gulsahil Singh, accompany his ailing father in order to make sure he arrives and returns safely, as well as to serve as his father's interpreter. Because this is technically not my client's medical appointment, I am respectfully seeking the Court's permission for Gulsahil to go.

The government has no objection to this request. Please forgive this last minute request, but the medical appointment is pressing, and medical appointments were difficult to schedule.

Thank you for your attention and consideration.

Sincerely,

SULLIVAN | BRILL, LLP

_____
By: Steven Brill