

November 9, 2020

**Via ECF**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
November 9, 2020

Re:   **United States v. Ajit and Gulsahil Singh**
      **19 Cr. 00339 (RA)**

Dear Judge Abrams:

    As Your Honor is aware, the defendants have been sentenced to time-served. In light of their bail conditions set in December of 2019, both defendants are presently encumbered with an electronic monitoring bracelet, and have surrendered their Indian Passports. Given this Court's sentence, and intentions of both defendants to return to their home in India on Wednesday, November 11, we respectfully request that the Court modify their bail conditions and instruct Pre-Trial Services to remove their "bracelets" and return their Passports.

    The government has no objection to this request. Thank you for your attention and consideration.

Sincerely,

SULLIVAN | BRILL, LLP

_____
By: Steven Brill